IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00149-BNB

DEKESE PHOENIX, SR.,

    Plaintiff,

v.

KINDRED HEALTHCARE OPERATING, INC., a Kentucky Corporation,
KINDRED HOSPITALS WEST L.L.C., d/b/a Kindred Hospital-Denver 4665,
ANN EVANS,
DENNIS GONZALES,
KURT JOHNSON,
JOY JOHNSON,
JANICE OWOKONIRAN, and
MARGIE MUELLER,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED February 6, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge