**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

**Civil Action No. 14-cv-00149-MSK-KLM**

**DEKESE PHOENIX SR.,**

    **Plaintiff,**

**v.**

**KINDRED HEALTHCARE OPERATING INC., a Kentucky corporation;
KINDRED HOSPITALS WEST L.L.C., d/b/a Kindred Hospital-Denver 4665;
ANN EVANS;
DENNIS GONZALES;
KURT JOHNSON;
JOY JOHNSON;
JANICE OWOKONIRAN; and
MARGIE MUELLER,**

    **Defendants.**

_____

**ORDER DIRECTING SUBMISSION OF INFORMATION TO PERMIT SERVICE OF PROCESS**
_____

    **THIS MATTER** comes before the Court *sua sponte*.

    The Plaintiff commenced this action *pro se* and was granted leave to proceed *in forma pauperis* (**# 6**). As a result, the Court effects service of process on the Plaintiff's behalf. 28 U.S.C. § 1915(d). However, the burden remains on the Plaintiff to provide appropriate addresses or other information for each Defendant to permit the U.S. Marshal to attempt to serve process.

    The Court is advised by the Clerk of the Court that Mr. Phoenix has not provided sufficient information about each Defendant to permit the Marshal to attempt service. Mr. Phoenix's Amended Complaint (**# 5**) indicates that Defendant Kindred Healthcare Operating, Inc. is located at an address in Louisville, Kentucky, but provides no information regarding the

locations at which the remaining Defendants – Kindred Hospitals West, LLC, and the various individual Defendants – may be served.

Within 14 days of this Order, Mr. Phoenix shall file a document listing, for each Defendant, the address at which he would like the Marshal to attempt to serve process. Failure to comply with this Order may result in dismissal of the claims against any Defendant other than Kindred Healthcare Operating, Inc.

Dated this 28th day of February, 2014.

**BY THE COURT:**

_____
Marcia S. Krieger
Chief United States District Judge